Alfred P. Vigorito
John W. Barker
Gary W. Patterson, Jr.*
Jeffrey R. Nichols*
Mamie Stathatos-Fulgieri
Scott A. Singer
Gregg D. Weinstock*** ■ ☆
Kiki Chrisomallides*
Kevin D. Porter
Susan Vari

Edward J. Arevalo
Graig R. Avino*
Michael J. Battiste
Robert Boccio
Dylan Braverman
Thomas Brennan ■
Dawn Bristol
Kenneth J. Burford
Gilbert H. Choi
Joshua R. Cohen
Adam S. Covitt

Charles K. Faillace ±
Jerry Giardina
Danielle M. Hansen
Anna Hock
Thomas Jaffa
Gemma Kenney ***
Ruth Bogatyrow Kraft
Douglas Langholz
Megan A. Lawless‡
Guy A. Lawrence
Timothy P. Lewis --
Neil Mascolo, Jr.
Adonaid Medina*
Ralph Vincent Morales
Carolyn Rankin
Miles S. Reiner
Bhalinder L. Rikhye
Tammy A. Trees
Nicole M. Varisco
Christopher Whitton
Julia F. Wilcox ☆
Nicole R. Wittman
Arthur I. Yankowitz**

Theresa A. Bohm
Angela R. Bonica *
Michael P. Diven * ** ☆
Tyler M. Fiorillo
Lauren P. Ingvoldstad†
Nicole E. Martone
Daniel O'Connell * ■
Andres J. Sanchez
Kathleen M. Thompson
Paul Toscano
Claudine Travers
Alexandra Zerrillo * ** ☆

*Of Counsel*
Margaret Antonino* ■
Patricia M. Comblo ☆ ±
Josie M. Conelley
Brian DiPentima*
Tricia Crisito
Roseann V. Driscoll
Mary M. Holupka
Rani B. Kulkarni
Joseph P. Muscarella
Seema Palmerson
Nicole C. Salerno *
Valerie L. Siragusa
Diana V. Solla
Paul Varriale
Karolina Wiaderna

* Also Admitted to Practice in NJ
** Also Admitted to Practice in CT
*** Also Admitted to Practice in NJ, CT, DC
-- Admitted to Practice in Florida
■ Also Admitted to Practice in FL
‡ Also Admitted to Practice in NJ and PA
☆ Also Admitted to Practice in MA
△ Also Admitted to Practice in AZ, CA and NJ
☆ Admitted to Practice in CO
† Admission Pending



# VIGORITO, BARKER, PATTERSON, NICHOLS & PORTER, LLP

June 7, 2022

**VIA CM/ECF**
Magistrate Judge Steven Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *Zachary Solomon v. St. Joseph Hospital, et al.*
    Docket No.: 20-CV-03213

Dear Judge Tiscione:

  Please allow the following to serve as a <u>joint request</u> by the parties to extend the time to file a discovery plan worksheet with proposed discovery deadlines until after the United States Court of Appeals for the Second Circuit rules on the appeal of this Court's September 29, 2021 Order, which denied defendants' motion to dismiss.

  As stated in the attached notice, this appeal will be submitted to the Second Circuit for determination on June 15, 2022. Oral argument is not scheduled, and it is anticipated that a decision will follow soon thereafter. Thus, for purposes of efficiency, the parties respectfully ask that discovery be stayed until after the Second Circuit renders its determination regarding the dismissal of the Complaint.

  We appreciate the court's attention to this matter.

    Yours, etc.,

    *Megan A. Lawless*

    Megan A. Lawless (ML 3227)
    (m.lawless@vbpnplaw.com)

cc: (via CM/ECF)
BRUCE MONTAGUE & PARTNERS
*Attorneys for Plaintiff*

**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
**CHIEF JUDGE**

Date: April 20, 2022
Docket #: 21-2729cv
Short Title: Solomon v. St. Joseph Hospital

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

DC Docket #: 20-cv-3213
DC Court: EDNY (CENTRAL ISLIP)
DC Judge: Block
DC Judge: Tiscione

**NOTICE OF SUBMISSION DATE**
**FOR DETERMINATION OF APPEAL**

**Submission Date:**     Wednesday, June 15, 2022

A motion or stipulation to withdraw with or without prejudice must be filed no later than 3 business days prior to the scheduled date of submission. The Court will consider the motion or stipulation at the time of submission, and counsel's appearance is not required. If a stipulation to withdraw with prejudice is based on a final settlement of the case, the fully-executed settlement must be reported immediately to the Calendar Team, and a copy of it must be attached to the stipulation.

Inquiries regarding this case may be directed to 212-857-8595.